**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        William David Golden v. State of Texas

Appellate case number:    01-12-00735-CV

Trial court case number:   2008-33634

Trial court:                        269th District Court of Harris County

On June 19, 2012, appellant, William David Golden, filed an affidavit of indigence in the trial court in the above-referenced matter. *See* TEX. R. APP. P. 20.1(a)(2). On November 26, 2012, the district clerk filed the clerk's record in this cause, including a copy of appellant's affidavit of indigence. The record does not reflect that any contest to the affidavit of indigence was filed. Therefore the allegations in the affidavit are deemed true, and appellant is entitled to proceed without advance payment of costs. *See* TEX. R. APP. P. 20.1(f).

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs. *See* TEX. R. APP. P. 20.1(f), (n).

It is further **ORDERED** that the District Clerk file with this Court, within 30 days of the date of this order and at no cost to appellant, a clerk's record containing the items specified in Texas Rule of Appellate Procedure 34.5(a). *See* TEX. R. APP. P. 20.1(k).

Appellant's brief is **ORDERED** filed with this Court within 30 days after the date the clerk's record is filed.[1] *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, must be filed within 30 days after the date appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Jim Sharp
                            ☑ Acting individually      ☐ Acting for the Court

Date: February 8, 2013

---

[1]        The reporter's record was filed on September 25, 2012.